```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

       CASE NO. 07-20553-CR-ZLOCH/Snow
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANLEY S. SAFFAN, et al.,

    Defendants.

_____

### **O R D E R**

THIS CAUSE is before the Court on defendants **Stanley Saffan's, Therapy Charter Fishing Yacht, Inc.'s, Duchess Charter Fishing Yacht, Inc.'s** Motion to Adopt (DE 137) defendants Brian Schick's and Adam Augusto's Joint Motion to Dismiss Counts 13-20 (DE 135) and defendant Adam Augusto's Motion to Strike Surplusage from Indictment (DE 136), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of October, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

**SERVICE LIST**

**07-20553-CR-ZLOCH/Snow**

```
AUSA Tom Watts-Fitzgerald (MIA)
Herb Cohen, Esq. (D-Saffan, Therapy and Duchess)
Keith Selzter, Esq. (D-Saffan, Therapy and Duchess)
Jonathan Rosenthal, Esq. (D-Lang)
Myles Malman, Esq. (D-Lang)
Jason Grey, Esq. (D-Schick)
AFPD Pat Hunt (D-Pegram)
Randee Golder, Esq. (D-Augusto)
```