UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20553-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                    O R D E R

STANLEY S. SAFFAN, et al.,

      Defendants.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 169) filed herein by United States Magistrate Judge Lurana S. Snow, and Defendant Adam Augusto's Objections To Magistrate's Report And Recommendation (DE 173). The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 169) filed herein by United States Magistrate Judge Lurana S. Snow be and the same is hereby approved, adopted and ratified by the Court; and

2. Defendant Adam Augusto's Objections To Magistrate's Report And Recommendation (DE 173) be and the same is hereby **OVERRULED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of December, 2007.

                                                          WILLIAM J. ZLOCH
                                                          United States District Judge

Copies furnished:
The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record